IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

           Plaintiff,

vs.                            **Case No. 11-40044-01/16-RDR**

DEMETRIO QUESADA, et al.,

           Defendants.

## **O R D E R**

This case is before the court upon the unopposed motion of defendant Verasa-Barron for additional time to file pretrial motions. The current deadline for filing motions was February 21, 2012. Defendant's motion states that counsel has requested a competency examination for Verasa-Barron because of difficulties in obtaining his assistance in preparing a defense. Indeed, the court has conducted a hearing upon and granted the request for a competency examination on February 27, 2012. Doc. No. 281. Defendant Verasa-Barron will be transported to a Bureau of Prisons facility for the examination.

Because of this situation, the court believes good cause exists to grant an extension of time to file pretrial motions. Obviously, defendant Verasa-Barron will not be available to consult and assist his counsel with filing motions or to attend a hearing upon motions that are filed while he is at the BOP medical facility for the purpose of a competency evaluation.

Accordingly, the court will grant the motion for additional time and extend the deadline for filing pretrial motions <u>only for Verasa-Barron</u> to May 30, 2012. The court shall consider the deadline to have passed for the remaining defendants. The government shall have time until June 6, 2012 to respond to any motions from defendant Verasa-Barron and a hearing upon the motions shall be set for June 13, 2012 at 10:00 a.m.

The extension of time granted by this order shall be considered excludable time under the provisions of 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(7).

**IT IS SO ORDERED.**

Dated this 29th day of February, 2012 at Topeka, Kansas.

                                                s/Richard D. Rogers
                                                United States District Judge